IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER DELLER,** | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 16-0674 |
| | : | |
| **NORTHAMPTON HOSPITAL** | : | |
| **COMPANY, LLC d/b/a EASTON** | : | |
| **HOSPITAL,** | : | |
| Defendant | : | |

**O R D E R**

**AND NOW,** this   21st   day of June, 2016, upon careful consideration of the defendant's motion to dismiss (Document #11), and the plaintiff's response thereto (Document #13), IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that this case is DISMISSED in its entirety with prejudice.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:


  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.